Opinion approved by the Court.

Zona SMITH, Appellant,

v.

The STATE of Texas, Appellee.

No. 27765.

Court of Criminal Appeals of Texas.

Nov. 2, 1955.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Possessing beer in a dry area for the purpose of sale is the offense, with punishment assessed at a fine of $200.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.